IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-01411-PSF-MJW

CYNTHIA A. APA,

     Plaintiff,

v.

QWEST CORPORATION,

     Defendant.

---

## ORDER SETTING TRIAL AND DIRECTING SETTLEMENT CONFERENCE

---

By Order entered August 4, 2005, the Court granted the parties' Stipulated Motion to Continue 5 Day Jury Trial and directed that they confer and agree upon possible new trial dates within the calendar year 2005.  Counsel for defendant has advised the Court that the parties have agreed that the week of November 7, 2005 is available on the calendars of counsel.  Accordingly, this matter is set for a five-day trial to the jury commencing **November 7, 2005 at 1:30 p.m.**  The matter is set for a Final Trial Preparation Conference on **October 28, 2005 at 3:30 p.m.**  The parties are expected to be fully prepared for trial at that time.  **Lead counsel who will try the case shall attend.**

The parties are also directed to promptly contact the Magistrate Judge assigned to this case and schedule a settlement conference, to be held no later than September 22, 2005.

DATED:  August 26, 2005

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge