IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-CV-01411-PSF-MJW

CYNTHIA A APA,

    Plaintiff,

v.

QWEST CORPORATION.,

    Defendant.

---

**ORDER RE: MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF CYNTHIA A. APA**
( Docket No 62 )

---

THIS MATTER, having come before the Court on John W. McKendree's Motion to Withdraw as Counsel of Record in this matter, and being fully advised on the premises, hereby orders:

Counsel's motion is GRANTED. John W. McKendree is withdrawn as counsel of record effective as of the date of this Order.

Done this 20Th day of September 2005.

By the Court:

_/s/ Michael J. Watanabe_
United States District Court Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE

1