IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-01411-PSF-MJW

CYNTHIA A. APA,

    Plaintiff,

v.

QWEST CORPORATION,

    Defendant.

**ORDER TO SET HEARING ON ATTORNEY'S LIEN AND
TO VACATE TRIAL DATE**

On October 3, 2005, plaintiff's former counsel filed a Notice of Attorney's Lien (Dkt. # 73). The Court has been advised by the Magistrate Judge that plaintiff, appearing *pro se*, and defendant have reached a proposed settlement, that dismissal papers are due to be filed by October 28, 2005, and that funds equal to the amount of the lien are to be deposited by defendant into the Court Registry. In order to expedite resolution of this matter, the Court will hold a hearing on **October 31, 2005 at 3:30 p.m.** to determine the propriety of the lien and the amount, if any, to be released to former counsel pursuant to the lien. Plaintiff should file any objection to the lien no later than October 28, 2005. In light of the proposed settlement, it is further

ORDERED that the final trial preparation conference set for October 28, 2005 and the five-day jury trial set to commence November 7, 2005 are VACATED.

DATED: October 21, 2005

BY THE COURT:

s/ Phillip S. Figa
_____
Phillip S. Figa
United States District Judge