IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-01411-PSF-MJW

CYNTHIA A. APA,

    Plaintiff,

v.

QWEST CORPORATION,

    Defendant.

## ORDER GRANTING STIPULATION TO DISMISS

THIS MATTER having come before the Court on the parties' Stipulation for Dismissal with Prejudice (Dkt. # 79), and the Court being fully advised in the premises, it is hereby

ORDERED that this case is DISMISSED with prejudice, each party to bear heror its own attorneys' fees and costs.

DATED: November 1, 2005

                                                    BY THE COURT:

                                                    *s/ Phillip S. Figa*
                                                    _____
                                                    Phillip S. Figa
                                                    United States District Judge